LAW OFFICES OF JILL P. TELFER
Jill P. Telfer, Esq. (SBN 145450)
Patrick C. Crowl (SBN 313735)
A Professional Corporation
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 446-1916
Facsimile: (916/446-1726
jtelfer@telferlaw.com

Attorneys for Plaintiff
**MARY CECCHINI RAY**

JACKSON LEWIS P.C.
CAROLYN G. BURNETTE (SBN 191294)
SIERRA VIERRA (SBN 307874)
400 Capitol Mall, Suite 1600 Sacramento, California 95814
Telephone: (916) 341-0404 Facsimile: (916) 341-0141
E-mail: Carolyn.Burnette@jacksonlewis.com
E-mail: Sierra.Vierra@jacksonlewis.com

Attorneys for Defendant
**MID VALLEY AGRICULTURAL SERVICES, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY CECCHINI RAY,<br><br>Plaintiff,<br><br>v.<br><br>MID VALLEY AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02609-TLN-KJN<br><br>**ORDER GRANTING ATTORNEY'S EYES ONLY REVIEW STIPULATION REGARDING MEDICAL RECORDS OF DR. NICHOLAS BIRLEW, DR. JERRY JONES AND DR. EDWARD HOLT**<br><br>Courtroom: 25<br>Judge: Magistrate Kendall J. Newman |

///

///

///

///

Upon application of Defendant Mid Valley Agricultural Services, Inc.'s ("Defendant") counsel, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

That Defendant's Attorney's Eyes Only Review Stipulation Regarding Medical Records of Dr. Nicholas Birlew, Dr. Jerry Jones and Dr. Edward Holt (ECF No. 17) is GRANTED.

Dated: August 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

LAW OFFICES OF JILL P. TELFER

By: /s/ *Jill P. Telfer*
     Jill P. Telfer
     Patrick C. Crowl

Attorneys for Plaintiff
MARY CECCHINI RAY


JACKSON LEWIS P.C.


By: /s/ *Carolyn G. Burnette*
     Carolyn G. Burnette
     Sierra Vierra

Attorneys for Defendant
MID VALLEY AGRICULTURAL
SERVICES, INC.

ray.2609